Edward J. Maney, Trustee, Bar #12256
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| NORMAN MERCADO HOFER | ) | Case No. 12-10195-PHX-CGC |
| KATHRYN ANN HOFER | ) | |
| | ) | TRUSTEE'S OBJECTION TO PROOF |
| | ) | OF CLAIM AND NOTICE THEREON |
| | ) | |
| _____Debtor (s)_____ | ) | |

COMES NOW Edward J. Maney, the Trustee of the above-captioned estate, and objects to the following claim:

No: 012
Name: INCEPTA, LLC
Address: c/o Law Office of James R. Vaughan
 11445 E. Via Linda, Suite 2-610
 Scottsdale, AZ 85259-
Acct No: 1925

Upon the following grounds:

Claim was untimely filed

The Trustee recommends said claim be allowed but paid only if funds are available, after all timely filed claims are paid, on a pro-rata basis with other untimely filed claims:

NOTICE IS GIVEN that the above claim shall be treated as recommended above by the Trustee unless on or before (30 days from the mailing date) the creditor EITHER:

1. Sends, WITH A COPY OF THIS NOTICE, proof that the claim should be treated as timely filed; or

2. Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Court, and mails a copy thereof to the Trustee at 101 N. First Avenue, Suite 1775, Phoenix, Arizona, 85003.

Dated: See Electronic Signature

 _____
 Edward J. Maney, Trustee

CERTIFICATE OF MAILING FOR CASE NO. 12-10195

Copies of the foregoing mailed (see electronic signature below) to the following:

Kenneth L. Neeley, Esq.

2250 E. Germann Road

Suite #11

Chandler, AZ 85286-

Attorney for Debtor

NORMAN MERCADO HOFER

4216 E PATRICK CT

GILBERT, AZ 85295

Debtor

KATHRYN ANN HOFER

Co-Debtor
INCEPTA, LLC

c/o Law Office of James R. Vaughan

11445 E. Via Linda, Suite 2-610

Scottsdale AZ 85259-

Creditor

Creditor

By: _____